# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sherry Hays–Clarke

                        Plaintiff,

v.                                                   Case No.: 1:23–cv–16151
                                                              Honorable Thomas M. Durkin

Sanofi–Aventis U.S. LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 2, 2024:

      MINUTE entry before the Honorable Thomas M. Durkin: The Court enters the following agreed briefing schedule: Status report on settlement is due by 1/19/2024; Plaintiff's Motion for Leave to Amend the Complaint is due by 2/2/2024; Opposition is due by 2/23/2024; Reply is due by 3/8/2024. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.