# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHERRY HAYS-CLARKE,<br><br>      Plaintiff,<br><br>   v.<br><br>SANOFI US SERVICES INC. and SANOFI-AVENTIS U.S. LLC,<br><br>      Defendants. | Case No. 1:23-cv-16151<br><br>The Honorable Thomas M. Durkin |

## JOINT STATUS REPORT REGARDING THE ISSUE OF A REFERRAL FOR A SETTLEMENT CONFERENCE

Pursuant to this Court's December 19, 2023 and January 2, 2024 Orders [Dkt. No. 16 and 18], Defendants Sanofi US Services Inc. and sanofi-aventis U.S. LLC (collectively "Sanofi") and Plaintiff Sherry Hays-Clarke hereby submit the following status report regarding the issue of a referral to the Magistrate Judge for a settlement conference.

Pursuant to the Court's Orders, the parties have conferred and Plaintiff has communicated a settlement demand. In light of their discussions and Plaintiff's demand, the parties jointly request a referral to the Magistrate Judge for a settlement conference. The parties jointly request that all upcoming deadlines in this matter be stricken and that discovery in the case be stayed pending the outcome of the settlement conference.

Dated: January 19, 2024

Respectfully submitted,

**SANOFI US SERVICES, INC. and SANOFI-AVENTIS U.S. LLC**

By:
   */s/ William F. Northrip*
William F. Northrip

        Jousef M. Shkoukani
SHOOK, HARDY & BACON, L.L.P
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606
Tel: (312) 704-7700
wnorthrip@shb.com
jshkoukani@shb.com

***Counsel for Defendants Sanofi US Services Inc. and sanofi-aventis U.S. Inc.***

*/s/ Russell W. Lewis, IV*
JOHNSON LAW GROUP
2925 Richmond Ave., Suite 1700
Houston, Texas 77098
Phone (713) 626-9336
Fax (866) 902-8647
rlewis@johnsonlawgroup.com

***Counsel for Sherry Hays-Clarke***

2